■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN BILLUPS, Appellant. [606 NYS2d 760] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hentel, J.), rendered December 13, 1991, convicting him of criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Berkowitz, J.), of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

A police officer observed the defendant, alone on a street at night, engaging in a conversation with a person who pulled up in a car. The defendant then picked up something from under a nearby tree and handed it to the driver in exchange for currency. The officer walked over to the tree and observed a plastic bag containing vials of what appeared to be crack-cocaine. Upon discovering the contraband in plain view on a public street, the officer had probable cause to arrest the defendant (see, *People v Banker,* 187 AD2d 602; *People v Guine,* 173 AD2d 849; *People v Smith,* 143 AD2d 109).

The sentence imposed was not excessive (see, *People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions do not warrant reversal. Rosenblatt, J. P., Ritter, Copertino and Joy, JJ., concur.